# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Theresa Piekarski

                        Plaintiff,

v.                                                    Case No.: 1:12–cv–07346
                                                      Honorable John W. Darrah

Amedisys Illinois, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 25, 2013:

      MINUTE entry before Honorable John W. Darrah: Status set for 3/28/13 at 9:30 is vacated. Status is reset to 4/25/13 at 9:30 a.m. for ruling on Defendants' Motion to Transfer or Stay [19] and Defendants' Motion for Protective Order [36]. No appearance necessary on 3/28/13. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.