# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Theresa Piekarski

                              Plaintiff,

v.                                          Case No.: 1:12–cv–07346
                                            Honorable Sidney I. Schenkier

Amedisys Illinois, LLC, et al.

                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 4, 2016:

     MINUTE entry before the Honorable Sidney I. Schenkier: The minute order dated 8/04/16 (doc. #[157]) is enhanced to reflect that: The case is dismissed without prejudice. The Court retains jurisdiction to address the issue of plaintiffs' request for an award of attorneys' fees and to enforce the terms of the settlement agreement by January 30, 2017 (a period of 180 days after the entry of the order dated 8/04/16 (doc. #[158]). If the issue of plaintiffs' request for attorneys#039; fees has been resolved and no motion is brought to enforce the terms of the settlement agreement on or before January 30, 2017, the dismissal will convert to a dismissal with prejudice as to named plaintiff Piekarski, opt–in plaintiff Thelen, opt–in plaintiff Godambe, and all participating class members. The dismissal will have no effect on any settlement class member who does not become a participating class member. Civil case terminated. The status hearing set for 11/10/16 at 9:00 a.m. (doc. #[155]) remains unchanged. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.