UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THERESA PIEKARSKI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMEDISYS ILLINOIS, LLC, and AMEDISYS HOLDING, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 12-cv-07346<br>)<br>) Magistrate Judge Schenkier<br>)<br>)<br>)<br>)<br>) |

**ORDER APPROVING ATTORNEYS' FEES IN OPT-IN SETTLEMENT**

Consistent with the Parties' proposed Stipulation and Settlement Agreement in this action (Dkt. 152-1) (the "Settlement Agreement"), and after having fully and carefully reviewed Plaintiffs' Unopposed Motion to Certify a Collective Action Under Section 216(b) of the FLSA Solely for Settlement Purposes; for Approval of an Opt-in Settlement; for Appointment of Settlement Administrator; and for Approval of Awards of Attorneys' Fees and Costs and Services Awards (Dkt. 151-152), and the Affidavit of Kelly Kratz Regarding Notice and Settlement Administration Activities (Dkt. 160), the Court hereby ORDERS that:

1. The Court APPROVES the payment of attorneys' fees from the Gross Settlement Amount to Werman Salas P.C. in the amount of $250,000 consistent with the timing and procedures set forth in the parties' Stipulation of Settlement, which this Court previously approved.

SO ORDERED this 10th day of November, 2016.

Magistrate Judge Sidney I. Schenkier

1